Eric I. Abraham (eabraham@hillwallack.com)
Christina L. Saveriano (csaveriano@hillwallack.com)
HILL WALLACK LLP
21 Roszel Road
Princeton, New Jersey 08540
Telephone:  (609) 924-0808
Fax: (609) 452-1888

Holly Ying Li (hyingli@goapogee.com)
APOGEE LAW GROUP LLP
401 North Michigan Avenue
Suite 1200-1
Chicago, IL 606011
Telephone: (312) 273-4960
Fax: (312) 834-7701

*Attorneys for Defendant/Counter-Claimant Cathy Trading LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERLINK PRODUCTS INTERNATIONAL INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> CATHY TRADING, LLC d/b/a WANTBA <br><br> Defendant/Counter-Claimant. | Civil Action No. 2:16-cv-02153-MCA-LDW <br><br> **DEFENDANT/COUNTER-CLAIMANT CATHY TRADING, LLC'S NOTICE OF MOTION FOR LEAVE TO FILE AN AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** <br><br> **MOTION RETURN DATE:  May 15, 2017** |

**PLEASE TAKE NOTICE** that on May 15, 2017 or as soon as counsel may be heard, the undersigned attorneys for Defendant Cathy Trading Group LLC ("Cathy Trading") in the above captioned matter will move pursuant to this Court's Opinion dated March 9, 2017, this

Court for an Order granting Cathy Trading leave to file its Amended Answer, Affirmative Defenses and Counterclaims.

PLEASE TAKE FURTHER NOTICE that Cathy Trading shall rely upon the attached Brief in Support of its Motion for Leave to file an Amended Answer, Affirmative Defenses and Counterclaims and Certification of Christina Saveriano, Esq. with attached Exhibit containing Cathy Trading's Amended Answer, Affirmative Defenses and Counterclaims.

PLEASE TAKE FURTHER NOTICE that the proposed form of an Order is attached.

Dated:  April 10, 2017                                Respectfully Submitted,

                                                     HILL WALLACK LLP

                                                     By: /s/ Christina Saveriano
                                                     Eric I. Abraham
                                                     Christina L. Saveriano
                                                     eabraham@hillwallack.com
                                                     csaveriano@hillwallack.com
                                                     21 Roszel Road
                                                     Princeton, New Jersey 08540
                                                     Tel.:  (609) 924-0808
                                                     Fax : (609) 452-1888
                                                     *Attorneys for Defendant/Counter-Claimant
                                                         Cathy Trading, LLC*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing

**DEFENDANT/COUNTER-CLAIMANT CATHY TRADING, LLC'S
MOTION FOR LEAVE TO FILE AN
AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

is to be electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>April 10, 2017            </u>                            <u>/s/Christina Saveriano</u>
Date                                                                Christina Saveriano