# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERLINK PRODUCTS INTERNATIONAL INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> CATHY TRADING, LLC d/b/a WANTBA <br><br> Defendant/Counter-Claimant. | Civil Action No. 2:16-cv-02153-MCA-LDW <br><br> **ORDER** |

This Matter has been before the Court on Motion of Defendant Cathy Trading for Leave to File an Amended Answer, Affirmative Defenses and Counterclaims and the Court having considered the submissions and arguments of Counsel, and for other good cause shown,

IT IS on this _____ day of _____, 2017;

ORDERED that Defendant's Motion for Leave to file an Amended Answer, Affirmative Defenses and Counterclaims is hereby granted.

_____