Eric I. Abraham (eabraham@hillwallack.com)
Christina L. Saveriano (csaveriano@hillwallack.com)
HILL WALLACK LLP
21 Roszel Road
Princeton, New Jersey 08540
Telephone:  (609) 924-0808
Fax: (609) 452-1888

Holly Ying Li (hyingli@goapogee.com)
APOGEE LAW GROUP LLP
401 North Michigan Avenue
Suite 1200-1
Chicago, IL 606011
Telephone: (312) 273-4960
Fax: (312) 834-7701

*Attorneys for Defendant/Counter-Claimant Cathy Trading LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INTERLINK PRODUCTS INTERNATIONAL INC.,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>CATHY TRADING, LLC d/b/a WANTBA<br><br>Defendant/Counter-Claimant. | Civil Action No. 2:16-cv-02153-MCA-LDW<br><br>**CERTIFICATION OF COUNSEL IN SUPPORT OF DEFENDANT/COUNTER-CLAIMANT CATHY TRADING, LLC'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**<br><br>**MOTION RETURN DATE:  May 15, 2017** |

I, Christina L. Saveriano, Esq., declare as follows:

1. I am an attorney at law of the State of New Jersey, a member of good standing of the bar of this Court, and am counsel with the firm of Hill Wallack, LLP, co-counsel to Defendant Cathy Trading Group LLC.

2. I submit this declaration in support of Defendant Cathy Trading Group LLC's Motion for Leave to File An Amended Answer, Affirmative Defenses and Counterclaims.

3. Attached hereto as Exhibit A is a true and correct copy of proposed Amended Answer, Affirmative Defenses and Counterclaims in a redlined version identifying the proposed amendments.

4. Attached hereto as Exhibit B is a true and correct copy of the proposed Amended Answer, Affirmative Defenses and Counterclaims in its final version.

5. Cathy Trading Group LLC sought consent for this filing from Plaintiff, however Plaintiff refused to consent to the amendment. As a result, Cathy Trading Group LLC seeks relief through the instant motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2017

By: /s/ Christina L. Saveriano
Christina L. Saveriano